**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CARMEN ROSARIO,

                Plaintiff,                      21 **CIVIL** 1151 (AEK)

      -v-                                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 30, 2022, Plaintiff's motion for judgment on the pleadings is DENIED, the Commissioner's cross-motion for judgment on the pleadings is GRANTED. Judgment is entered in favor of the Commissioner.

**Dated:**  New York, New York
          September 30, 2022

                                                     **RUBY J. KRAJICK**

                                                     _____
                                                     **Clerk of Court**

                         **BY:**     K. Mango

                                                     _____
                                                      **Deputy Clerk**